**ALBERT RUSSO, STANDING CHAPTER 13 TRUSTEE**
CN 4853
Trenton, N.J. 08650-4853
(609) 587-6888
By: Albert Russo  (AR-2924)

| | |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY/ TRENTON VICINAGE |
| **JUAN R. RIVERA**
LISSETTE SANTIAGO-RIVERA | CASE NO.:   11-11703 MBK
HEARING DATE:  9/13/11 |

## TRUSTEE'S OBJECTION  TO  MOTION  TO EXPUNGE CLAIMS OF MARINER FINANCE, LLC

The Standing Chapter 13 Trustee, Albert Russo, submits his objections to Motion for the reasons set forth below:

1. Debtor has failed to supply proof of proper service in accordance with Bankruptcy Rule 7004 by failing to serve the managing agent, officer or director.

By:   /s/ *Albert Russo*
Albert Russo
Standing Chapter 13 Trustee