LAW OFFICE OF RONALD E. NORMAN, L.L.C.
WASHINGTON PROFESSIONAL CAMPUS II
901 ROUTE 168 SUITE 407A
TURNERSVILLE, NJ 08012
856-374-3100
Attorney for Debtor
RN5209

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: Juan and Lissette Rivera        )
                                       )    CASE NO: 11-11703/MBK
                                       )
            DEBTOR(S)                  )    CHAPTER 13

**CERTIFICATION OF SERVICE**

1. I am an attorney at law with the Law Office of Ronald E. Norman, LLC, attorneys for the Debtors.

2. On August 25, 2011, I did re-serve the parties listed on the attached page by regular mail in addition to the service via the ECF system the following: **Motion to Reclassify Claim of Creditor, Mariner Finance, LLC**, filed by Ronald E. Norman on behalf of Juan and Lissette Rivera. Hearing scheduled for 9/27/11 at 9:00 a.m. originally scheduled for 9/13/2011 at 9:00 AM at United States Bankruptcy Court, Courtroom No. 3, 402 East State Street, Trenton, New Jersey. (Attachments: # 1 Statement in Lieu of Brief, #2 Certification, #3 Exhibit "A", # 4 Exhibit "B" and #5 Proposed Order)**.**

I certify under the penalties of perjury that the foregoing statements made by me are true. I am are aware that if any of the foregoing statements made by me are wilfully false I am subject to punishment.

Dated: 8-25-11                              /s/ Ronald E. Norman
                                            Ronald E. Norman, Esq.

**SERVICE LIST**
**11-11703/MBK**

ATTN: Managing Agent, Officer or Director
Mariner Finance, LLC
3301 Boston Street
Baltimore, MD 21224

Albert Russo, Trustee
1AAA Drive, Suite 101
Robbinsville, NJ 08691